UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

H. DOYL BURKETT,

            Plaintiff,

    v.

UNION SECURITY INSURANCE COMPANY, a foreign corporation, fka FORTIS BENEFITS INSURANCE COMPANY, a foreign corporation,

            Defendant.

No. C06-1021RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*. On September 21, 2007, defendant filed a motion with related documents that, taken as a whole, exceeds 50 pages in length (Dkt. #34 - #39). As of this date, a courtesy copy of these documents has not been provided for chambers.

      Defendant is hereby ORDERED to show cause within five days of this Order why it should not be sanctioned for failure to comply with this Court's "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. #4) and the "Minute Order Setting Trial & Related Dates" (Dkt. #16). Defendant shall immediately deliver a paper copy of the documents filed on September 21, 2007, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

      The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar

ORDER TO SHOW CAUSE

1 | for October 5, 2007.

3 |     DATED this 27th day of September, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE -2-