UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| H. DOYL BURKETT,<br><br>      Plaintiff,<br>  v.<br><br>UNION SECURITY INSURANCE<br>COMPANY, *et al.*,<br><br>      Defendants. | No. C06-1021RSL<br><br>ORDER |

This matter comes before the Court *sua sponte*. On September 27, 2007, the Court ordered defendant Union Security Insurance Company to deliver a courtesy copy of documents filed on September 21, 2007. Defendant has now filed an explanation of its conduct and provided the necessary documents. The Order to Show Cause (Dkt. # 40) is hereby VACATED.

DATED this 2nd day of October, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER